April 24, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ACE PARKING MANAGEMENT, INC., Appellant

NO. 14-12-00262-CV                    V.

MAIN STREET PARKING, LIMITED AND BRANTLEY MINOR, Appellee

_____

      Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on February 28, 2012.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

      We further order that all costs incurred by reason of this appeal be paid by ACE PARKING MANAGEMENT, INC.

      We further order this decision certified below for observance.